TOWN OF HUNTINGTON, Respondent, v COUNTY OF SUFFOLK, Appellant.

Submitted March 28, 2011; decided June 23, 2011

Motion for leave to appeal denied. Motion for a stay etc. dismissed as academic.

TOWN OF OYSTER BAY, Appellant, v GALEN D. KIRKLAND, as Commissioner of the New York State Division of Human Rights, et al., Respondents.

Decided June 23, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

VERITAS CAPITAL MANAGEMENT, L.L.C., et al., Plaintiffs, v THOMAS J. CAMPBELL, Defendant.

THOMAS J. CAMPBELL, Appellant, v ROBERT B. McKEON, Respondent, et al., Defendants.

Submitted May 2, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SHERRIE WEAVER, Claimant, and DAVID SHEPS, Appellant, v STATE OF NEW YORK, Respondent.

Submitted April 25, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.